# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00390-CV

**Crystal Sabrina Trujillo and Lee Adcock, Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
NO. 209988-B, HONORABLE RICK MORRIS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

This Court previously abated this appeal for the trial court to make certain findings, including whether a new trial should be granted. *See* Tex. R. App. P. Ann. § 263.405(b), (d) (West Supp. 2006). The trial court has found that a new trial is necessary. Accordingly, without regard to the merits, we vacate the trial court judgment and remand for a new trial. *See* Tex. R. App. P. 43.2.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Vacated and Remanded

Filed: August 24, 2007